UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| DOUG BURNETT, *et al.*, | : | Case No. 2:10-cv-00903-EAS-EPD |
| **Plaintiffs** | : | Judge Edmund A. Sargus, Jr. |
| vs. | : | Magistrate Judge Elizabeth A.P. Deavers |
| PAUL H. HILL, *et al.* | : | **AGREED ORDER OF DISMISSAL** |
| **Defendants** | : | |

The parties being in agreement, and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED THAT this matter is hereby dismissed with prejudice.

_____  12-30-2011
JUDGE
UNITED STATES DISTRICT COURT

Have seen and agreed:

/s/ Charles T. Lester, Jr.
Charles T. Lester, Jr. (0017601)
*Attorney for Plaintiffs*
ERIC C. DETERS & ASSOCIATES, P.S.C.
5247 Madison Pike
Independence, KY 41051-7941
859-363-1900   Fax: 859-363-1444
Email: eric@ericdeters.com

/s/ Andrew J. Kielkopf, per email approval
Wed 12/28/2011 10:08 AM
Andrew J. Kielkopf
GALLAGHER GAMS PRYOR TALLAN
 & LITTRELL LLP
471 East Board St, 19th FL
Columbus, OH 43215-3872
(614) 228-5151 Fax: (614) 228-0032
Email: akielkopf@ggptl.com